

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:        John A. Vann v. Charla Bradshaw Conner

Appellate case number:    01-12-00621-CV

Trial court case number:  2009-40755-362

Trial court:                      431st District Court of Denton County

Date motion filed:           January 31, 2013

Party filing motion:         Appellant

It is ordered that the motion for rehearing is **(X) DENIED ( ) GRANTED.**

Judge's signature: /s/ Jane Bland
☑ Acting individually     ☐ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Bland and Huddle.

Date: February 25, 2013